**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

**MALIK AL MUSTAFA EL-ALAMIN,** :

    **Plaintiff** :
                                **CIVIL ACTION NO. 3:16-2424**
  **v.** :          **(JUDGE MANNION)**

**C. O. ANDERSON, et al.,** :

    **Defendants** :

# ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT** Plaintiff's motion to alter or amend judgment (Doc. 26) is **DENIED.**

                                            s/ *Malachy E. Mannion*
                                           **MALACHY E. MANNION**
                                           **United States District Judge**

**Dated: November 20, 2018**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-2424-01-ORDER.wpd